(24)

MIED (Rev.2/07) Prisoner Civil Rights Complaint

| Official Use Only | | |
|---|---|---|
| Case Number<br>**08 - 10999** | Judge<br>**Judge Arthur J. Tarnow** | Magistrate Judge |

MAGISTRATE JUDGE
STEVEN D. PEPE

# FILED

MAR 10 2008

U.S. DISTRICT COURT
BAY CITY, MICHIGAN

## PRISONER CIVIL RIGHTS COMPLAINT

This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

### Plaintiff's Information

| Name AllEN DAVID DANIEL | Prisoner No. 537193 |
|---|---|

Place of Confinement Marquette Branch Prison Level V
M.D.O.C.

| Street<br>1960 US 41 South | City Marquette | State<br>MI | Zip Code<br>49855 |
|---|---|---|---|

Are there additional plaintiffs?  ■ Yes  ☐ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. <u>You must provide names, prisoner numbers and addresses for all plaintiffs.</u>

### Defendant's Information

| Name Jenifer Granholm, Etal | Position Michigan Govenor |
|---|---|

| Street/P.O. Box 2ND FLOOR<br>111 S. CAPITOL AVENUE | City LANSING | State<br>MI | Zip Code<br>48909 |
|---|---|---|---|

Are you suing this defendant in his/her:  ☐ Personal Capacity  ☐ Official Capacity  ■ Both Capacities

Are you suing more than one defendant?  ■ Yes  ☐ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. <u>You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.</u>

MIED (Rev. 2/07) Prisoner Civil Rights Complaint

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

■ Yes        ☐ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| **Docket or Case Number:** | 06 - 14387 |
| **Name of Court:** | EASTERN DISTRICT OF Michigan NORTHERN DIVISION |
| **Parties (Caption or Name of Case):** | Allen David Daniel v. Jenifer Granholm, et al |
| **Disposition:** | Dismissed (MY ACCESS TO the COURT Denied) |

| | |
|---|---|
| **Docket or Case Number:** | 06 - CV 12343 |
| **Name of Court:** | EASTERN DISTRICT OF michigan NORTHERN DIVISION |
| **Parties (Caption or Name of Case):** | Allen David Daniel v. LAFler |
| **Disposition:** | Dismissed (NOW 28 USC § 2254 New ACTION IN Abayance IN S.D.) |

| | |
|---|---|
| **Docket or Case Number:** | 06 - CV 10718 |
| **Name of Court:** | EASTERN DISTRICT OF Michigan (S.D) |
| **Parties (Caption or Name of Case):** | Allen David Daniel v. Curtin |
| **Disposition:** | Dismissed (Now in Abayance IN S.D.), AS A 28 USC § 2254 |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

The Roseville, Detroit, Las Vegas Police and Prosecutors False Arrested me base of extra judicial fraud, material false statements, intentional false sworn affidavits, arrest warrants, police reports, fabricated evidence, obstruction of justice, false witnesses, "sham law violation, fraud upon the court, fraud upon the Government, crimes against the State of Michigan and the United States, the Wayne and Macomb County Judge, Prosecutors, and Lawyers had 100% full knowledge that I was 100% innocent all the time dating back to 5/4/2004, Insurance Companies along with these State officials intentionally took affirmitive steps to conceal (RICO), FTC Laws, Insurance and Bank Fraud, wire and mail fraud, long-arm statutes, kidnapping false arrest and imprisonment from the Government.

## III. RELIEF

State briefly and exactly what you want the Court to do for you.

(1) Grant this law suit immediately, (2), Order a full FBI Investigation, (3) Grant a full Franks Hearing, Order all State and Federal Government documents, files, Insurance Records, be sent to the Court and Plaintiff Allen David Daniel, (4) Take the plaintiff in Federal Custody They have tried to murder me repeatedly on video, Grant and order for a personal bond and really with in (5) days after _____ review of the States own evidence, Ensure an order all current address to the defendants, Order all videos of arrest in Las Vegas at Harrahs, all State and Federal officials name photo's address, and all unknown records San Bernardino, CA. Jail, virginia Jails, all MDOC video's and records,

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on _2/22/08_ (date).

pro se # 537193

Signature of Plaintiff

3

<u>Additional Plaintiff</u>

1,    Maryleen Emerson-Baily (Deceased)(due to the Fault of many of the Defendants, Insurance Fraud, Faul Play, Gross Criminal Negligence And Wrongful Death, (8) month APPX. AFTER I WAS FAlsely Arrested.

1-1 PLAINTIFF

1. OFFICE OF THE MICHIGAN ATTORNEY GENERAL G. MENNEN WILLIAMS BLDG. 7th Floor 525 W. Ottowa Street P.O. Box 30212 Lansing, MI 48909

1-A. MIKE COX P 43039, et al 525 W. Ottow St. P.O. Box 30212 Lansing, MI 48909

1-B. Gary Gordon " "

1-C. Jennifer Esch " "

1-D. Michael A Leffler " "

1-E. Ron Robinson " "

1-F. Katharyn A. Barron " "

1-G. Leo Friedman " "

1-H. Wallace Hart " "

1-I. John Blanchard " "

1-J. Susan Leffler " "

Tele: (517) 373-1110

STATE OF Michigan Auditor General Victor Office Center 6th Floor 201 N. Washington Sq. Lansing, MI 48913 (517) 334-8050

2. McTavish Thomas H., 201 N. Washington Sq. Lansing, MI 48913 et al

3. Civil Service Commission Capital Commons Center 400 S. Pine Street Lansing, MI 48913 (517) 373-3020

3-1 Janet McClelland 400 S. Pine St. Lansing, MI 48913

3-2 James O. Farwell, et al "

4. Michigan State Treasury Building 4th Floor 430 W. Allegan Street Lansing, MI 48918 (517) 322-1400

4-1 Terri Lynn Land, et al

5. Michigan State Police Head Quarters 714 S. Harrison Road East Lansing, MI 48823 (517) 332-2524

5-1 Tad Ovial J. Stordiviant, et al

6. Attorney Grievance Commission Marquette Building Suite 256 243 W. Congress Detroit, MI 48226

1.

6-1  Robert L, AGACINSKI   243 W, Congress SR 256 Detroit, MI 48226

6-2  Robert E, EDIK, etal   "

6-3  NANCY R, Alberts, etal   "

7.  Department of Civil Right Capitol Tower Building suite #800
    110 W. Michigan Avenue Lansing, MI 48933  (800) 482-3604

7H  Linda Parker, etal 110 W. Michigan Avenue Lansing, MI 48933

7-2  Hector Stanley  110 W. Michigan Avenue Lansing, MI 48933

7-3  LORI Vixon   "

8.  Department of Management And Budget Lewis Cass Building (517) 373-1004
    320 S. Walnut Street, P.O. Box 30026 Lansing, MI. 48909

8-1.  LISA Webb Sharp, etal 320 S. Walnut St. P.O. Box 30026 Lansing, MI 48909

8-2  Marya, Lannay, etal   "

8-3  Charles Overbey, etal   "

8-4  Mike Moody, etal   "

8-5  Jaques McNeely   "

9.  Department of Labor and Economic Growth  611 W. Ottawa Street (517) 373-1820
    G. Mennen Williams Bldg, 4th Floor P.O. Box 30004 Lansing, MI 48909

9-1  Keith W. Cooley, etal 611 W. Ottawa Street Lansing, MI 48909

9-2  Gary Hesler, etal   "

9-3  K. Hammons, etal   "

9-4  L. Maki, etal   "

9-5  S. Harris-Spicer   "

9-6  Mr. Theut, etal   "

10.  Country Wide Home Loan's Atima ISAOA P.O. Box 10212 Van Nuys, CA 94410-0212

2.

11. State Farm Insurance Company. 1152 E. Long Lake, P.O. Box 5020 Troy, MI 48085 (248) 526-1349

11-1 Lori D Aionte, etal 1152 E. Long Lake P.O. Box 5020 Troy, MI 48085

11-2 Bob Turner, etal "

11-3 Tamy Allen, etal "

11-4 Mathew Cole, etal "

11-5. Sharon Keller, etal "

11-6 Debra Herndon, etal "

11-7 Curleen Randall, etal "

11-8 Elleen Sands, etal "

11-9 LeAnn Johnson, etal "

11-10 Edward L. Marsh, etal "

11-11 Linda Tetti, etal "

11-12 Sharon Elliott, etal "

11-13 Stephanie Beckett, etal "

11-14 Bunnie Smith, etal "

11-15 Shirley Hull, etal "

11-16 Philip Valerie, etal "

11-17 Harvey, etal "

11-18 All unknown Attorneys "

11-19 All Directors, Supervisors "

12. State Farm Insurance Corporate One State Farm Plaza Bloomington, IL 61710-0001 (1800) 355 ~ Code (2633)

12-1 Edward B. Rust Jr, etal One State Farm Plaza Bloomington, IL 61710

12-2 Gerald M. Czarnecki, etal "

12-13 Christopen C. De Muth, etal "

12-14 WH Knight, Jr, etal "

12-5 Judith A. Muhlberg, etal ONE State Farm PLAZA Bloomington, IL 61710

12-6 - SUSAN M. PHILLIPS, etal       "

12-7 - Jerry I Porras, etal          "

12-8 James E. Rutrough, etal         "

12-9 paul T. Stecko, etal            "

12-10 Pamela B. Strobel, etal        "

12-11 Vincent J. Trosino, etal       "

12-12 Charles R. Wright, etal        "

12-13 John D. Zeglis, etal           "

(25) UNKNOWN Agents, INV. "

13. ST. Paul Insurance Company 385 WASHINGTON Street ST. Paul, MN 55102

   (800) 328-0107 ; (651) 310-7911

13-1 JAY FISHER man, etal 385 WASHINGTON Street ST. Paul, MN 55102

13-2 CHarles Clark, etal   "

13-3 Irwin Ettinger, etal "

13-4 William Heyman, etal "

13-5 Jay Benet, etal       "

13-6 Brian MacLean, etal  "

13-7 John J. ALbANCO, etal "

13-8 Joseph P. Lacher, Jr, etal "

13-9 ANDY Bessette, etal    "

13-10 Samuel Liss, etal     "

13-11 Maria Olivo, etal     "

1312 Kathleen Preston, etal "

13-13 Doreen Spadorcia      "

13-14 Kenneth F. Spence III "

13-15 Bruce BACKberg, etal "

13-16 William Bloom, etal ~~etal~~ 385 Washington Street St. Paul, MN 55102

13-17 John Clifford, etal "

14. Harrahs Entertainment, Inc, 2100 Caesars Place Drive Place Tower,
    Spa Level Las Vegas, NV 89109 (702) 467-6381

14-1. (25) unknown security officers, etal    2100 Caesars Place Drive Las Vegas, NV
                                                                                89109

14-2. Barbara T. Alexander, etal            "

14-3 Charles L. Atwood, etal               "

14-4 Frank J. Biondi, Jr., etal            "

14-5 Stephen F. Bollenbach, etal           "

14-6 Joe M. Henson, etal                   "

14-7 W. Barron Hilton, etal                "

14-8 Ralph Horn, etal                      "

14-9 Gary W. Loveman, etal                 "

14-10 R. Brad Martin, etal                 "

14-11 Gary G. Michael, etal                "

14-12 Robert G. Miller, etal               "

14-13 Boake E. Sells, etal                 "

14-14 Christopher J. Williams, etal        "

15. State of Nevada Governor Kenny Guinn, Attorney General State of Nevada
    100 N. Carson Street Carson City, NV 89701 (775) 684-5670; 684-1112

15-1 Governor Kenny Guinn    101 Carson Street Carson City, NV 89701

15-2 NV Attorney General, etal  100 Carson St. "Old Court House" Carson City, NV
                                                                           89701

16. Home Depot Credit Services, etal  8725 W. Hahara Blvd. Las Vegas, NV
                                                                      89117

17. WAYNE County Prosecutors 1441 St. Antoine Detroit, MI 48226
(313) 224-5777

17-1. Kim Worthy P. 38875, etal 1441 St. Antoine Detroit, MI 48226

17-2 Thomas Beadle P 32214    "

17-3 Ottis Brown P 57253    "

17-4 Daniel Petrella P 27202    "

17-4 Stephen Tavvrar P 46935    "

18. 3rd Judicial Circuit Court, etal 1441 St. Antoine Detroit, MI 48226

18-1 Michael M. Hathaway P. 14744 1441 St. Antoine Detroit, MI 48226

18-2 Mary Beth Kelly

18-3 Edward Ewell    2 Woodward Avenue Detroit, MI 48226 (313) 224-5509

1441 St. Antoine Detroit, MI 48226

19. Wayne County Court of Appeals, etal Detroit office Cadillac Place
3020 W. Grand Blvd. Suite 14-300 Detroit, MI 48202 (313) 972 5678

19-1 Borrelo, etal 3020 W. Grand Blvd. Suite 14300 Detroit, MI 48202

19-2 Neff, etal    "

19-3 Cooper, etal    "

See, 12/28/06 order and opinion Court of Appeals Case # 263622

20. Michigan Supreme Court, etal Michigan Hall of Justice P.O. Box 30052
Lansing, MI 48909 (517) 373-0120

20-1 Clifford W. Taylor, etal    P.O. Box 30052 Lansing, MI 48909

21. Health Alliance Plan (HAP) 2850 W. Grand Blvd. Detroit, MI 48202
(800) 328-0107 422-4641, (313) 872-8100

21-1 Darryl Johnson V.P. Sales Marketing. 2850 W. Grand Blvd. Detroit, MI 48202

21-2 Jerry Jackson, etal Director VP (HAP)    "

6.

22. VISTEON Corp, eTAL Michael F. Johnston 1 Village Center Drive
MC 35-3 179 VAN BUREN TOWNSHIP, MI 48111 (734) 710 -5770

22-1 Michael F. Johnston    1 Village Center Dr, VANBUREN TOWNSHIP, MI 48111

22-2 DONALD J. Stebbins, eTAL    "

22-3 AuTHOR Lee Baily, eTAL "AKA CHarles Edward HubbarD" 34374 Hardy ST,
MT. Clemens, MI 48035 ; ClinTON TOWNSHIP, MI 48035 (586)-(586) 792-4434

23. wyeth PHarmaceuticals, eTAL 5 GiraldA Farms MADISON, NJ 07940
(1400) 322-3129 ; (610) 902-1200
23-1 BONNIE Boek, eTAL    "    (800) 477-1368


24. 5 Cripps E.W. Co. 312 walnut ST. 2800 Cincinnati, OH 45202
(800) 888-3000 ; (513) 977-3000 , eTAL

24-1 WXYZ-TV CHannel 7 w. 10 mile Road South Field, MI 48037
(248) 827-7777 , eTAL

24-1 SHerly SHolden, eTAL    "

25. WACKen HuT Corp, 4200 WACKen HuT Drive Suite 100 Palm Beach
Gardens, Fl. 33410 (561) 622-5656 ;(800) 922-6488

28-1 WACKen HuT CorrecTions Corp. , eTAL 4200 WACKen HuT Drive Palom Beach
Gardens, Fl 33410 (800) 666-5640 , (561) 622-5656 , eTAL


26. AON Corp, Brian STewarT, eTAL 200 E. RANDolpH ST. CHicago, IL.
60601 (312) 381-1000


27. Kar MANOS CANCer InsT. , eTAL 110 E. warden Avenue DeTroiT, MI 48201
(313) 833-0701

27-1 KArmanos CANCer Ins., eTAL 24601 NW. Hwy. SouTHField, MI 48201

7.

28. SAN Bernardino County, etAL 11613 Bartch Avenue
SAN Bernardino County, CA
(760) 246-1000

28-1 Jim Kuntz, etAL 11613 Bartett Avenue SAN Bernardino, County, CA

29. Lowes Credit P.O. Box 530925 ATLANTA, GA 30353-9800

29-1 Lowes Companies, etAL 1000 Lowes Blvd. Mooresville, 28117

30 Su Cuero's Painting P.O. Box 2427 Dearborn, MI 48123 (313) 505-
83-88

31. Gary Kozma 850 N. Center Avenue P.O. Box 540 Gaylord, MI 49734
(989) 732-2491, etAL

31-1

32. Wayne State University, etAL 6050 Cass Avenue Detroit, MI 48202
(313) 577-2424

32-1 Mathew Dean Calvins, etAL 6050 "

32-2 Thomas McCann, etAL 6050 "

32-3 Frank Smith Sgt. etAL 6050 "

32-4 Raymond Whitefull, etAL 6050 "

32-5 SAPENZA, etAL 6050 "

32-6 Bit Good, etAL 6050 "

32-7 SHank, etAL 6050 "

32-8 Rudwel, etAL 6050 "

33 Detroit Medical Center, etAL 4160 John R Street Detroit, MI 48201

33-1 SHeba M. Lazarus 175530 OAR Dale St. Rosenville, MI 48066
(586) 777-7554

33-1A SHebab M. Lazarus Hutzel Hospital, etAL 4160 John R, Street
Detroit, MI 48201

8.

33-2 Terry Gardener 4160 John R. Street Detroit, MI 48201 (313) 745-9459

33-2A Terry Gardener 12400 Lansdown St. Detroit, MI

(313) 527-3840

33-3 Christopher Anne Patterson 4160 John R. St Detroit, MI 48201

33-4 Lynn Marie Laity, etal 4160 "

33-5 Sylvia Jean Cox, etal 4160 "

34. City of Detroit, and Detroit Police Dept. 811 woodward avenue Detroit, MI 48226

34-1 Mayor Kwame Kilpatrick, etal 311 woodward avenue Detroit, MI 48226

34-2 Ella Bully-Cummings, etal "

34-3 Carla Ivey, etal "

34-4 Thema Thott, etal "

34-5 Rodney Trot, etal "

34-6 Sgt Spruce, etal "

34-7 Chad Smith, etal "

34-8 Flora E. Hemphrey, etal "

35-9 (25) Unknown Officers, etal "

35. Roseville Police Department, City of Roseville, etal 29733 Gratiot Avenue Roseville, Michigan 48066 (586) 773-2010

35-1 Det. Sgt. OIC Thomas Mulhern, etal 29753 Gratiot Avenue Roseville, MI, 48066

35-2 Brian Schock, etal "

35-3 Michell Okie, etal "

35-4 Derrick Button, etal "

35-5 Gary Turner, etal "

35-6 Donald Pascoe, etal "

35-7 Robert Fitz Simmons, etal Eric Bouchie "

35-8 James Knobelsdorf, etal "

35-9 (25) Unknown Officers, etal "

36. Mary E. Sanders 17550 Oakdale Street Roseville, MI 48066

37. Sheba M. Lazarus 17553 Oakdale Street Roseville, MI 48066

9.

38. LAW OFFICES OF HOARE AND LYDA 28545 Orchard LAKE ROAD Suite B Farmington Hills, MI 48334-2952 (248) 553-7777

38-1 MADelaine P. Lyda, etal 28545 Orchard Lake Rd. Farmington Hills, MI 48334

39 Macomb County Judicial Aide 40 N. main St. Mt. Clemens, MI 48043 (586) 469-5264; 469-5204

39-1 Eugne Hont, Jr., etal 85 N. main Street Suite 102 Mt. Clemens, MI 48043

39-2 Karen Lemee, etal P.O. Box 26063 Fraser, MI 48026

39-3 Oluik Gordwood, etal 15 N. main Street, Mt. Clemens, MI 48043

39-4 Robin M. Lerg 3001 W. Big Beaver Road Ste 324 Troy, MI 48084 (248) 649-4777

40. Judicial Tenure Commission, etal 3034 West Grand Blvd. Suite # 8-450 Detroit, MI 48202 (313) 875-5110

41. Michigan Department of Corrections 40 N. main Street Mt. Clemens, MI 48043

41-1 Kay MacLeod PSI, etal 40 N. main Street Mt. Clemens, MI 48043

41-2 Carolynn Hawkin-Wilson, etal "

41 41st District Court, etal 40700 Roemo PLANK Road Clinton Township, MI 48038

42-1 LINDA Davis, etal "

43. Michigan Department of Corrections, etal 1441 St. Antoine Detroit, MI 48226

43-1 James H. Artinian PSI, etal 1441 St. Antoine Detroit, MI 48226

43-2 Michelle S Anderson PSI, etal "

44. GelCo Corp, etal 3 CAPITOL Drive Eden PRAIRE, MN 55344

44-1 Cherly denise Edgerton, etal 25620 Carl Street Roseville, MI 48066 (586) 773-4822

45. St. Paul Travelers Ins. Co., etal 1301 W. Long Lake Rd. Troy, MI 48098 (248) 267-0843

101

46. 16th Circuit Court 40 N. Main Street Mt. Clemens, MI 48043 (586) 469-2156

46-1 Antonio P. Viviano 40 N. Main Street Mt. Clemens, MI 48034

46-2 Tracy A. Yohich, etal "

46-3 Mary A. Chrzanowski, etal "

46-4

47. Macom County Prosecutor, etal 1 S. Main Street 3rd/4th Floor Mt. Clemens, MI 48043 (586) 469-

47-1 Eric J. Smith, etal "

47-2 Ericka Bradfield, etal "

47-3 Stuen Kaplan, etal "

47-4 William Daily, etal "

47-5 Nicole B. Blank, etal "

47-6 Yacmino Issack, etal "

47-7 Oana Golberg, etal "

47-8 Robert Merelli, etal "

47-9 Thomas J. Jewitt, etal "

47-10 Rebbicka Ostel, etal "

47-11 Erica Gasdarott, etal "

47-12 Donald Gimian, etal "

48. 39th District Court, etal 29733 Gratiot Avenue Roseville, MI 48066

48-1 Joe F. Boedeker, etal 29733 Gratiot Avenue Roseville, MI 48066

48-2 Chacthrine B. Stelland, etal "

48-3 Dariem, etal "

49 36th District Court, etal 421 Madison Detroit, MI 48026

49-1 Margatt Baylor, etal 421 Madison Detroit, MI 48226

49-2 Joe Baltimore, etal "

50. MACOMB County SHERIFF, eTAL 43565 Elizabeth Road Mt. Clemens, MI
~~(469)~~ (586) 469-5151                                                      48043

51-1 MARK A. HACKEL, eTAL      43565 Elizabeth Road Mt. Clemens, MI 48043
51-2 KuhN, oTAL                 "
51-3 Cleveland, eTAL            "
51-4 Lewo, eTAL                 "
51-5 willis, eTAL               "
51-6 Roberts, eTAL              "
51-67 KurTell, eTAL             "
51-8 Oxely, eTAL                "
51-9 CHamplain, eTAL            "
51-10 Joeves, eTAL              "
51-11 morgan, eTAL              "
51-12 CHEZ, eTAL                "
51-13 Ruiz, eTAL                "
51-14 Davis, eTAL               "
51-15 wallace, eTAL             "
51-16 Caiver, eTAL              "
51-17 BiSHOP, eTAL              "
51-18 Perry, eTAL               "
51-19 Siered JKi, eTAL          "
51-20 Costanza, eTAL            "
51-21 SHiFT Comm. JoHNSoN eTAL  "
51-22  "    "   mOOre, eTAL     "

51-A Federal Express Corp. 942 S. SHady Grove RD. (F.W.Smith)
       MemphiS, TN. 38120

51-B. SBC. CommunicationS, INC. 175 E. HousTon, San Antonio, TX 78205
       eTAL
51-C STATE CourT AdminisTraTorS, P.O. Box 30048  425 W. OTTowa ST. LanSing
       eTAL                         12.                        MI 48909

52. WAYNE COUNTY SHERIFF, ETAL 211 Woodward Ave (AYMC Detroit, MI 48226
(313) 224-5950 ; (313) 224-6262
52-1 WARREN EVANS, ETAL          211 Woodward Avenue Detroit, MI 48226
52-2 (25) UNKNOWN OFFICERS       "

53. Oakland County, ETAL  1200 N. Telegraph Rd. Pontiac, MI 48341
(248) 858-1000

54. MACOMB County, 40 N. Main Street Mt. Clemens, MI 48043 (586) 469-5126
ETAL

55 WAYNE County, ETAL 211 Woodward Ave (AYMC Detroit, MI 48226

56. MANISTEE County, ETAL 415 Third Street Manistee, MI 49660 (231) 723-3331

57 JACKSON County, ETAL 312 S. Jackson St. Jackson, MI 48201 (517) 788-4000

58. IONIA County, ETAL 100 Main St. Court House IONIA, MI 48846 (616) 527-5329

59. Gratiot County, ETAL P.O. Box 437 ITHACA, MI 48847 (989) 875-5220

60. Clark County Nevada, ETAL 1005 Arizona St. Clark County, NV 89107

61. ATKINSON, PETRUSKA, KUZMA, ETAL 850 N. Center Avenue P.O. Box 540
Gaylord, MI 49734  (989) 732-2491

62. Timothy BARKOVIC, ETAL 27735 Jefferson Avenue St. Clair Shores, MI 48081

63. Robert Davis Governor's Office S.E. Michigan, ETAL  3022 W. Grand Blvd.
CADILLAC Place Ste 14-150 Detroit, MI 48202

64. Attorney General State California, ETAL 1300 I Street Ste 1740
Sacramento, CA 45814
64-1 Bill Lockyer ATN Gen
64-2 Arnold Swarzenager, Gov.                          1300 I Street Ste 1740
                                                       "

65. STATE OF NEVADA, ETAL Attorney General 100 N. Carson St. Carson City NV
65-1 Brian Sandoval, ETAL ATTORNEY General, ETAL "                    89701

13.

66. TCF BANK, etal 401 E Liberty St. Ann Arbor, MI 48104 (800) TCF-BANK

67. Comerical BANK, etal

68. Jeffrey Hubbard, etal 10900 Sumer Set   Detroit, MI 48224

69. Hutzel Hospital, etal 4160 John R Detroit, MI 48201

69-1 Mike Duggan

70. Harper Hospital, etal 4160 John R Detroit, MI 48201

71. MARK LAZARUS, etal 4858 Hayman Warren, MI

71-1 JOSEPH LAZARUS, etal 4858 Hayman Warren, MI

72. PATRICIA S. McKAY General Counsel Circuit Court 40 N. MAIN ST. Mt. Clemens, MI 48043   (586) 469-5075

73. City of Roseville, etal 29733 Gratiot Avenue Roseville, MI 48066

74. City of Las Vegas, etal Metro Police TBN

75. (25) unknown Las Vegas FBI Agents, etal TBA

76. Clark County Detention Center, (25) Agents, etal TBN

NOTE: THE STATE withHeld 90% of the UNKNOWN officers AND Evidence so they Are defined As T.B.N. "TO Be Named "

Febuary 22, 2008

"Illegal Detained AND Kidnapped Against my will."   14.

"Hostage #537143
Allen David Daniel Pro Se
Marquette Prison Level V
1960 US 41 S. Marquette, MI 49855

I PREVIOUS LAW SUITS CONTINUED PAGE 2-1

U.S. SIXTH CIRCUIT NO. 07-1077; LC U.S. DISTRICT NO. 06-14387
EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION; Allen David Daniel V. Granholm

MICHIGAN COURT OF APPEALS # 272502, 270024, 271441, 271448,
271606, 271421; ETAL (records were TAKEN IN RETALIATION BY MDOC,)

Allen David Daniel v. WAYNE County Prosecutor

Allen David Daniel V. Wayne County Circuit Judge

Allen David Daniel v MACOMB County Circuit Judge

Allen David Daniel v. MACOMB County Prosecutor

Allen David Daniel v. MDOC

Allen David Daniel v. Granholm

Allen David Daniel v. Roseville Police

Dismissed Because I could NOT Challenge MY Conviction IN these Writs,

16th Circuit Court Civil Action # 07-4455-AW Allen David Daniel v. 16th Cir.,
DISMISS DUE TO PRISON Litigation Reform ACTS OF Multiple pending actions ETAL

3rd Circuit Court Civil Action # 07-730826-AW Allen David Daniel v. 3rd Cir.,
Dismissed DUE TO Prison Litigation Reform ACTS AND see Judge Murel opinion, ETAL
DATED 1/9/08

30th Judicial Circuit Court OF INGHAM County Allen Daniel v. Granholm, ETAL
DISMISS DUE TO Multiple pending actions, Prison Litigation Reform ACT,
CASE # 06-001234-C30-AW; 16th Cir STATE Habeas Corpus # 05-000940-AH pending

There MAY BE MORE THE Michigan DEPARTMENT OF CORRECTIONS, Corrupt STAFF
who Tried TO Murder me, DISCRIMINATED Against me, Retaliated Against me,
AS OF 3/23/08 OUTSIDE OF G-UNIT REFER TO ME "AS there FAVCRATE
INMATE prisoner", TAKEN MY Glasses, AND Medical supplies AND Med-
ications even FALSIFYING MEDICAL Reports AND ACCIDENT Reports,

PAGE 2-1

STATEMENT OF FACTS Continued    page 3-1

I Have Been Deprived of Clearly Protected Rights, Privileges, AND immunities secured By the Constitution AND Laws of the United States By Michigan Government Agents AND Actors, Acting under the Color of Law with intentional falsehoods, Extrensic fraud, malice, evil motive, discrimination, treason, Misprision, felony misprision, Conspiracy, Conspiracy to Defraud, Jury AND witness tampering, planting fabricated Evidence, Holding Trial Frauds, illegal AND unauthorized Courts with intentional Reckless ness To Regards for the truth, St. Paul Ins. Co, State farm Ins. Co, AON Corp., Visteon Corp, OMC, City of Detroit, City of Roseville, City of Las Vegas AND Harahs Hotel ENT. Cascino, Wacken Hut Corp, Health Alliance Plan and their employees, etal Actively Aided and Abetted in these Constitutional Deprivations Violating these statutes: U.S. Const. AMS I-XXVII, U.S. Const. Art 6, Cl. 2, 3, U.S. Const. Art IV §§ 1,2,3, U.S. Const. Art III §§ 1,2,3, U.S. Const. Art I §§ 1,2,3,4, 5, 6,7,8,9,10. 5 USCS §§ 552 etseq, 556 etseq, 558 etseq, 15 USCS §§ 1etseq, 3 etseq 5-7 et seq, 1011-1013, 18 USCS §§ 2, 4-17, 23, 25, 27, 29, 101, 102, 241, 242, 371, 401, 402, 455, 844(i), 1001, 1002, 1201 etseq, 1321 etseq, 1341-47, 1421 etseq, 1501-1512, 1621, 1622, 1623, 1861 etseq, 1950-1968, 2071, 2073, 2113 etseq, 28 USC §§ 1346 etseq seq, 1443, 1746, 1915, 609, 2201, 2202, 2241, 42 USC §§ 1981 etseq, 1983, 1985 et. seq, 2000e etseq. MCL §§ 764.1e, 767A.1 etseq 767A.9 etseq, 750.422 § 422, 763.1, 750.159a-750.159x, 750.423, 750.424, 750.425, 750.426, 750.427, 750.428 750.429. Fed. R. Civ. Proc. Rules 4(c)(d), 5, 7(A-E), 8(a)(c)(e)(f), 9(b), 11(A-E) 50(A-D), 54(c), 56(c)(e), 52(A-D), 53(A-D), 60(b)(1-6)(c)(1)(2),(d)(1)(2)(3) (e5(a)(1), 67, 81(A-F); Const. 1963, I-XII, Const. 1963, Art VI § VI, Const. 1963, Art I §§ 1, 12, 13, 14, 15, 16, 17, 18, 19, 20.

A STATMENT OF FACTS CONTINUED Page 3-1 A

STATE COURT RULES VIOLATED MCR. 2.111 (F)(1)(2)(3), MCR 2.112 (B)(1)(2),
MCR 2.612 (C)(D)(A)(B)(C)(d), MCR 2.613 (C), MCR 3.606 (A-F), MCR 2.116
(A-F), MCR 2.119 (A-F), MCR 9.104 (A)(1-9), MCR 6.201 (A-F), MCR 8.117,
MCR SRT 3.612 (A-G), MCR 9.205 (A-D), MCR 6.113 (E), MCR 2.107
(A-F), MCR 6.419, MCR 6.101, (A)(B), MCR 6.162 (A)(B)(C)(D)(E),
MCR 6.103, MCR 6.104 (A-E), MCR 6.113 (A)(B) et seq, MCR 6.004
(A-D), MCR 8.110 (A-F), MCR 8.113 (A)(B)(1-6); DR-101, DR 1-
101 (A), DR 1-102 (A)(1)(2)(3)(4)(5) (a), DR-201 (A)(B), DR 7-103
(A)(B), DR 7-110 (B)(2), DR 8-101 (A)(2), CANON'S (1)(2)(3)(4)
(5). THE STATE COURTS NEVER HAD SUBJECT-MATTER JURISDICTION BASE OF THE
ABOVE MULTIPLE PREDICATED (RICO) ACTS AND PROHIBITS ACT BY THE UNITED
STATES Congress, pending U.S. DEPT. OF JUSTICE ~~ORDERD~~ ORDER) and INJUCTION)
VIOLATED IN 2004 IN WAYNE AND MACUMB COUNTY THAT WERE IN AFFECT THRU
2008.

III.     Relief ADDITIONALLY Requested

;(9) Order All (950) houes ~~court~~ owed TO PLAINTIFF TO ACCESS THE PRISON LAW
Library BE granted AMIDIUM (4-6 HOUR/DAY) UNDER 1st AMENDMENT, and
14th AMENDMENT;"42 US §§ 1981 et seq, 1983, 1985 et seq. and (10) Order they
provide A LAB TOP with a printer AND (3) REIMS OF Paper SO I CAN print
MY OWN Copies since THEY will NOT COPY DOCUMENTS AND STOLE MY paper,
AND finally ORDER A Federal INVESTIGATION INTO the STATES ATTORNEY
General MIKE COX P43039 OFFICE, WAYNE AND MACUMB COUNTY PROSECUTION
OFFICE, AND City OF Detroit MAYOR AND police DEPARTMENTS, without
ANY UNDUE Delys, AND Waive All Fee's pursuant TO Fed. R. Civ. Proc.
Rule 4(C)(h), 5, 8(a)(b)(e)(f), 9(b), 60(b), I AM "Illegally Restrained"
Kidnapped, Held HOSTAGE IN A "SHAM", Fraud UPON THE Courts AND Government,

# Appendix Summary 1 and 2

1. (2) Bivens (1) original, (1) Copy
2. All Supporting Copies (1) original, (1) Copy
3. (12) month Inmate Institutional Summary Trust.
4. Federal Application For prisoner to Proceed without Prepayment of Fee's or Costs.
5. Additional Supporting Affidavit Based on Conduct that Exceeds that of "Schocks the Conscience"; Plaintiff's in Addition is Deceased 1-1

## Appendix Summary 2 OF 2

1-A  (2) MDOC Bivens Actions (1) Original, and (1) Copy
2-A  All Supporting Copies (1) Original, and (1) Copy
3-A  (12) month Inmate Institutional Summary Trust
4-A  Federal Application For prisoner to proceed without Prepayment of Fee's or Cost, Motion Enclosed

NOTE! I Sent the Correct Documents AS OF this DATE TO Federal Courts over **10** Times only to be taken By Many of these **STATE** And **COUNTY** Officials. The Federal Procedures I Know Better than the State Procedures, Blind-Folded ... No Kiding. The Attorney General Mike Cox P43039, and these MDOC officials think this is A game ... They Have made A Complete Mockery of these Federal And State Court Proceeding with "immpunity," stealing, Criminal Contempt, Obstruction Justice, Treason, Misprison, incompetence, Extensive Fraud, et al I Sent the Right Documents ... They Just grow legs And walked out of my legal mail.

Alan _____ #"Hostage 537193"

3/4/08

United States District Court Clerk
For The Eastern District Northern Division
1000 Washington Avenue, Room 304
Bay City, MI 48707-0913

RE: I Have Submitted the Application (2) Times Now this is what
The M.D.O.C. Returns A (12) month Summary Trust.

Dear! Chief Judge, and Court Clerk; Officers of the Court

I Have made Several Attempts To be Heard in this Honorable Court
Only To Almost "Murder, Starved To Death, Assaulted, Discriminated,
Legal mail Urinated on, Razors and staples placed in My Food And
Highly Industrial Chemicals, Struck in the Light Eye, Spinal Cord
Closed in the Cell Doors And Repeated Retaliation. 42 US (§§ 1981, et
seq, 1983, 1985; 18 USC §§ 2, 4-17, 101, 102, 241, 242, 371, 401, 402, 455, 844
(i), 1001, 1002, 1201, 1321 et seq, 1341-47, 1421 et seq, 1501-1512, 1621, 1622, 1623,
1861 et seq, 1950-1968, 2113, All Repeatedly violated By M.D.O.C., the States
Attorney General, etal.

I CANNOT MAKE them Sign these Court Documents, Applications, they
Refuse To Allow me To go to their Law Library, the "MDOC" Stuff
And Management "Just Don't get!! So... I'll Train them in
U.S. District Courts, I Submitted what they give me.

CC: U.S. District (E.D. S.D.)
 - U.S. Attorney, etal
 - FBI, etal
 - (8) Powers of Attorneys, etal

Respectfully Submitted,

Allen David Daniel Pro Se "Hostage # 537193
Marquette Prison V 1960 US 41 South
Marquette, MI 49855

## CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| Case No. 08-10999 | Judge: Tarnow | Magistrate Judge: Pepe |

**Name of 1st Listed Plaintiff/Petitioner:**

ALLEN DANIEL

**Name of 1st Listed Defendant/Respondent:**

JENNIFER GRANHOLM ET AL

**Inmate Number:** 537193

**Additional Information:**

**Plaintiff/Petitioner's Attorney and Address Information:**

**Correctional Facility:**

Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855
MARQUETTE COUNTY

---

**BASIS OF JURISDICTION**

    ☒ 2 U.S. Government Defendant
    ☒ 3 Federal Question

**NATURE OF SUIT**
    ☐ 530 Habeas Corpus
    ☐ 540 Mandamus
    ☒ 550 Civil Rights
    ☐ 555 Prison Conditions

**ORIGIN**

    ☒ 1 Original Proceeding
    ☐ 5 Transferred from Another District Court
    ☐ Other:

**FEE STATUS**
    ☒ IFP *In Forma Pauperis*
    ☐ PD Paid

---

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
    ☐ Yes        ☐ No
  ➤ **If yes, give the following information:**

        Court: _____
        Case No: _____
        Judge: _____

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
    ☐ Yes        ☐ No
  ➤ **If yes, give the following information:**

        Court: _____
        Case No: _____
        Judge: _____